UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.    1:13-cr-00124-TWP-TAB |
| | ) | |
| WILLIAM DONALD HORNER, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On September 4, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 19, 2025. Defendant William Donald Horner appeared in person with his appointed counsel Bill Dazey. The Government appeared by Assistant United States Attorney MaryAnn Mindrum. U.S. Parole and Probation appeared by Officer Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.    At an Initial Appearance held on August 21, 2015, the Court advised Defendant Horner of his rights and provided him with a copy of the petition. Defendant Horner orally waived his right to a preliminary hearing. [Dkt. 68.]

2.    After being placed under oath, Defendant Horner admitted to violation #2 in the Petition. The Government orally moved to withdraw the remaining violation #1, which motion was granted by the Court such that violation #1 was dismissed.

3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation
Number**      **Nature of Noncompliance**

2          **"The Defendant shall not possess any pornography, erotica or nude images. Any such material found in the defendant's possession shall be considered contraband and may be confiscated by the probation officer."**

On August 14, 2025, a home visit was conducted at Mr. Horner's approved residence. At that time, he was found to be in possession of pornography, erotica or nude images. His devices were seized by local law enforcement.

4.    The Parties stipulated that:

(a)    The highest grade of violation is a Grade B violation.

(b)    Defendant's criminal history category is I.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months of imprisonment.

5.    The Parties jointly recommended a sentence of 24 months imprisonment with a period of lifetime supervision to follow.

6.    The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the Petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 24 months of incarceration with lifetime supervised release to follow.  The Magistrate Judge makes a recommendation of placement at a federal medical center, as expeditiously as possible.

7.    Defendant Horner is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.  The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/8/2025

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system